UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHEPP ELECTRIC COMPANY, INC., | ) | Case No.: 1:20 CV 452 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| RUSTY BOYER, *et al.*, | ) | |
| | ) | <u>CASE MANAGEMENT</u> |
| Defendants | ) | <u>CONFERENCE ORDER</u> |

A case management conference was held with counsel for the parties in the within case on May 27, 2020, at 11:00 a.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by June 12, 2020.

The parties will have until August 15, 2020, to join parties and/or amend the pleadings. The cut-off date for discovery is December 15, 2020. The dispositive motion cut-off date is January 15, 2021.

The parties do not anticipate the need for affidavits or testimony from experts to file or respond to dispositive motions. They will provide expert disclosures, exchange reports, and conduct any needed discovery on a schedule that will allow this process to be completed at least thirty (30) days before trial.

After discussion with the parties, the court determined that Alternative Dispute Resolution would be useful. This case is hereby referred to Magistrate Judge Jonathan D. Greenberg to conduct a settlement conference as soon as possible after October 1, 2020.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 28, 2020