# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHEPP ELECTRIC COMPANY, INC. | ) | CASE NO. 1:20-cv-00452 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| RUSTY BOYER, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Shepp Electric Company, Inc. ("Shepp") moves this Court for an order which continues for sixty (60) days the mediation demand due February 1, 2021 in this matter, and all other events scheduled for this case.

In support of this motion to continue the due date of the mediation demand, and all other dates in this case for sixty (60) days, Plaintiff states as follows:

1. This Court's L.R. 16.6(b)(1)(A) indicates that mediation is appropriate when the status of discovery is such that the parties are generally aware of the strengths and weaknesses of the case;

2. Docket entries 17, 18, 19, 20 and 24 evince that the status of discovery has not reached the point described in the preceding paragraph;

3. Counsel for Defendant Boyer advised undersigned counsel for Plaintiff Shepp that he would not oppose an identical copy of this motion, which filed on November 17, 2020, except for the earlier listed dates.

4. Plaintiff Shepp prays that the Court will respond to its October 26, 2020 Notice of Discovery Dispute; Request for Judicial Assistance; Certification of Failed Attempts to Resolve Discovery Dispute filed by Shepp Electric Company, Inc. to facilitate movement and conclusion of this case.

Respectfully submitted,

DATED: January 18, 2021

*/s/ Stewart D. Roll*
Stewart D. Roll (0038004)
**CLIMACO WILCOX**
**PECA & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile:  (216) 771-1632
Email: sdroll@climacolaw.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 18th day of January 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Dated: January 18, 2021 /s/ *Stewart D. Roll*
Stewart D. Roll (0038004)