# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SHEPP ELECTRIC COMPANY, INC. | ) | CASE NO. 1:20-cv-00452 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR A CONTINUANCE |
| RUSTY BOYER, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Shepp Electric Company, Inc. ("Shepp") moves this Court for an order which continues for sixty-days Shepp's Confidential Mediation statements due on January 17, 2022, and Mediation scheduled for February 7, 2022, in this matter, and all other events scheduled for this case.

In support of this motion to continue the due date of the mediation statements and mediation, and all other dates in this case for sixty-days, Plaintiff states as follows:

1. This Court's L.R. 16.6(b)(1)(A) indicates that mediation is appropriate when the status of discovery is such that the parties are generally aware of the strengths and weaknesses of the case;

2. Docket entries 54, 55, 59, 60, 61, 72, 73 – 75, and 77 evince that the status of discovery has not reached the point described in the preceding paragraph;

3. Plaintiff has pending a motion to compel, and Defendants have pending a motion to quash the deposition and documents of CPA Dan Bialek, who Plaintiff believes has documents and information related to its damages;

4.  There is pending before this Court Plaintiff's motion to stay this case pending resolution of Defendants' newly filed case in the Court of Common Pleas for Lake County, Ohio, which makes parallel claims to those alleged in Defendants' Counterclaim;

5.  Resolution of these issues and production of these documents may affect Plaintiff's mediation position.  Accordingly, this extension is sought to facilitate a productive mediation and potential conclusion of this case.

Respectfully submitted,

Dated: January 17, 2022

*/s/ Stewart D. Roll*

Stewart D. Roll (0038004)
Gertsburg Licata Co., LPA
600 E. Granger Road
Cleveland, Ohio 44131
Telephone: (216) 573-6000
            (216) 469-6003
Facsimile: (216) 920-9998
Email: droll@gertsburglicata.com
         sdanl@msn.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 17th day of November 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Dated: January 17, 2022                    */s/ Stewart D. Roll*           
                                           Stewart D. Roll (0038004)