UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHEPP ELECTRIC COMPANY, INC., | ) | CASE NO. 1:20-cv-00452-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSTY BOYER, *et al.*, | ) | <u>STIPULATION OF DISMISSAL</u> |
| | ) | <u>WITH PREJUDICE AND</u> |
| Defendants. | ) | <u>DISMISSAL ENTRY</u> |
| | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties have stipulated to the dismissal of this action, and all claims and counterclaims, with prejudice, with each party to bear its own legal fees, costs, and expenses, and with this Court to retain jurisdiction to address any alleged breaches or issues that may arise under the parties' confidential settlement agreement.

The Court, having been advised that this matter has been settled and that the parties have agreed to voluntarily dismiss this action with prejudice, hereby orders that this action is DISMISSED, with prejudice, in its entirety with each party to bear its/his own costs, expenses, and attorneys' fees. The Court will retain jurisdiction to enforce the terms of the parties' confidential settlement agreement, if necessary. The Court will also retain jurisdiction over the remaining parties to the settlement agreement.

      IT IS SO ORDERED.

                                                            /s/ Solomon Oliver, Jr.
                                                SOLOMON OLIVER, JR.
                                                UNITED STATES DISTRICT JUDGE

November 21, 2022

Submitted and approved by:

| | |
|---|---|
| /s/ Steward D. Roll | /s/ Theodore M. Dunn, Jr. |
| STEWART D. ROLL (0038004) | THEODORE M. DUNN, JR. (0024195) |
| GERTSBURG LICATA CO., LPA | dunn@buckleyking.com |
| 600 East Granger Road, Suite 200 | DAVID A. KUNSELMAN (0073980) |
| Cleveland, Ohio 44131 | kunselman@buckleyking.com |
| Telephone: (216) 573-6000 | BUCKLEY KING LPA |
| Facsimile: (216) 920-9998 | 1400 Fifth Third Center |
| | 600 Superior Avenue, East |
| Counsel for Plaintiff and | Cleveland, OH 44114-2652 |
| Counterclaim Defendant | (216) 363-1400 |
| Shepp Electric Company, Inc. | (216) 579-1020 (facsimile) |
| | |
| | Counsel for Defendants and |
| | Counterclaim Plaintiffs |
| | Generator One, LLC and Rusty Boyer |